

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2022

No. 04-22-00233-CV & 04-22-00253-CV

3CM, LLC d/b/a 3CM Multifamily,
Appellant

v.

Gregor Trimble, Group of Investors and Arroyo Square, LLC, et al.
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCD-22-0000052
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant 3CM, LLC d/b/a 3CM Multifamily has filed an unopposed motion to consolidate Appeal Nos. 04-22-00233-CV and 04-22-00253-CV. Based on the representations in the motion regarding similarities in the cases, this Court has determined that the appeals should be consolidated for briefing and oral argument, if granted by the panel.

We therefore GRANT the motion and ORDER the appeals consolidated for the purpose of briefing and oral argument, if any. The parties shall file all motions, briefs, and other documents as if the appeals were one case but shall include both appeal numbers in the style.

If oral argument is granted by the panel, the appeals will be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. The Court will dispose of both appeals with the same judgment, opinion, and mandate.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2022.



Michael A. Cruz,
Clerk of Court